IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL DAVID RICHARDSON                                                    PLAINTIFF

VS.                                            CIVIL ACTION NO.  5:06cv101DCBMTP

A. CHAMBERS, ET AL.                                                        RESPONDENTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and there being no objections thereto filed by either party, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the plaintiff's Motion for Temporary Restraining Order is hereby denied.

SO ORDERED, this the   12th   day of March, 2007.

                                                           s/ David Bramlette
                                                        UNITED STATES DISTRICT JUDGE