```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION
```

MICHAEL DAVID RICHARDSON                                    PLAINTIFF

VS.                          CIVIL ACTION NO. 5:06-cv-101(DCB)(MTP)

DR. A. CHAMBERS, ET AL.                                    DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on the defendants' motion for summary judgment, and the motion having been granted as to all claims in an Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that defendants Harrell Wyatt and Darlene Tyler are dismissed from this action without prejudice for lack of personal jurisdiction;

FURTHER ORDERED AND ADJUDGED that defendants Dr. A. Chambers, Vickie Owens, Mary Thomas, Vanessa Parker, Scott Fisher, Constance Reese, Kathy Lane, and John Gaither are dismissed from this action with prejudice.

SO ORDERED AND ADJUDGED, this the __28th__ day of March, 2008.

                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE